IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CASE NO. 2:03CR20459-Ml |
| ) | |
| RALPH WEDDLE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER TO SURRENDER

The defendant, Ralph Weddle, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FPC MONTGOMERY, Maxwell Air Force Base, Montgomery, AL 36112** by **2:00 p.m.** on **TUESDAY, SEPTEMBER 20, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report as ordered to the facility named above.

ENTERED this the 31 day of August, 2005

**JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-2-05



## ACKNOWLEDGEMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.

Signed: _____
                            Defendant

Date: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 2:03-CR-20459 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT