IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY ___ D.C.

05 DEC -8 AM 9: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 2:03cr20459- Ml

Ralph Weddle

## ORDER REFUNDING CASH APPEARANCE BOND

    This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

    IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500.00, payable to Eloise S. Maze at 111 Pease Street, Dyersburg, TN 38024 in full refund of the cash appearance bond posted herein.

_____
United States District Judge
Jon P. McCalla

Date: _12-6-05_
Approved.
Thomas M. Gould, Clerk of Court

BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-8-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 163 in case 2:03-CR-20459 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT